UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN SOTO, aka SANTIAGO SOTO,

Petitioner,

v.

UNKNOWN,

Respondent.

No. 2:17-cv-1780 GEB KJN P

ORDER

On October 26, 2017, petitioner, a state prisoner proceeding pro se, filed a document styled, "Motion to Withdraw Civil Complaint/Habeas Corpus," which this court construes as a request that this action be dismissed.[1] Good cause appearing, the request is granted. Petitioner is again cautioned that a one year statute of limitations is applicable to all claims presented in a federal habeas corpus petition. See 28 U.S.C. § 2244(d)(1); see also Mardesich v. Cate, 668 F.3d 1164 (9th

////

---

[1] In his request, petitioner states: "If this Honorable Court doesn't have jurisdiction to order/issue a 30 days court deadline on a pending federal writ of habeas corpus [sic]." (ECF No. 5 at 1-2.) Petitioner initially sought an extension of time in which to file his federal habeas petition so that he could get a court deadline which would grant him PLU status to access the law library. Although the court did not grant petitioner an extension of time to file the petition, the court did order petitioner to file his petition within 30 days. (ECF No. 3.) In addition, in the October 17, 2017 findings and recommendations, petitioner was ordered to file objections within fourteen days. Both of these rulings should have provided petitioner access to the law library.

Cir. 2012) (holding that the one year statute of limitations applied to each claim in a habeas petition on an individual basis).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: November 2, 2017

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

soto1780.159